■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ANDREWS, Appellant. [25 NYS3d 599]—

Judgment, Supreme Court, New York County (Thomas Farber, J.), rendered April 30, 2013, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, criminally using drug paraphernalia in the second degree, and unlawful possession of an air rifle or pistol, and sentencing him, as a second violent felony offender, to an aggregate term of seven years, unanimously affirmed.

The court properly denied defendant's suppression motion. The record supports the court's conclusion that the parole officers were entitled to perform a warrantless search of defendant's apartment since their conduct was rationally and substantially related to the performance of their official duties (*see People v Huntley*, 43 NY2d 175 [1977]). Although the parole officers were cooperating with the police, who were investigating robberies and had accompanied the parole officers during the search, the parole officers were not acting solely on behalf of the police (*see e.g. People v Lopez*, 288 AD2d 70 [2001], *lv denied* 97 NY2d 706 [2002]). Concur—Friedman, J.P., Sweeny, Saxe and Gische, JJ.